*Motion denied.*

DEN EX DEM. &c. v. FEN, MATLACK ET AL. TENANTS.

Ejectment.  Motion to stay proceedings till former suit is decided.  Matter of Practice.

*Mr. Browning* in behalf of defendants, upon the affidavit of Matlack, which he offered to read, moved for a rule to stay proceedings in this action, until an action between the same parties and for the same premises now pending in the court of appeals upon a writ of error to this court shall be determined. He cited, *Tilling. Adams on Ejectment,* 320. (*vide Rugles' Adams on Ejectment,* 323.)  *Thrustout* v. *Troublesome,* 2 *Str.* 1099.  *Doe.* v. *Law, Bl. R.* 1158.  *Swing* v. *The Inhabitants &c.* 5 *Halsted's R.* 58. 4 *Ib.* 86, 96.

*Mr. Jeffers* and *Mr. Williamson* objected to want of notice of taking affidavits; and of the motion, and that the affidavit was not entitled, and could not therefore be read in the cause.  1 *Comyns* 81.  *Johns. Dig.*

BY THE COURT.  This being a special motion, the plaintiff was entitled to two days notice: nor can we upon an ex-parte affidavit make an absolute rule in a case like this.  Take a rule on the plaintiff to show cause on the first day of next term, why proceedings in this action should not be stayed, until the cause pending in the court of appeals shall be determined; and that all proceedings in this action be stayed in the mean time.